# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    No. 2:22-cv-2322-SHL-cgc |
| | ) |
| AAYAH, INC., | ) |
|    Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed May 23, 2022, and in accordance with Plaintiff's Notice of Voluntary Dismissal, (ECF No. 16), filed September 27, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE**. Each party shall bear their own costs.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

September 27, 2022
Date